IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01310-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

A.W. HALL, and
YVETTE FETTERHOFF,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff, Timothy Doyle Young, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at ADX in Florence, Colorado. Mr. Young, acting *pro se*, initiated this action by filing a Civil Complaint on May 9, 2014. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

    The Court acknowledges the order in *Young v. United States*, No. 14-cv-00073-LTB (D. Colo. Apr. 22, 2014), directing Plaintiff to show cause why he should not be

subject to filing restrictions and monetary sanctions in this Court.  Because the time has not run for Plaintiff to respond to that order to show cause, the Court will refrain from addressing filing restrictions and monetary sanctions in this action.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)　_X_　is not submitted (Must use Court-approved form revised 10-1-12)
(2)　___　is missing affidavit
(3)　_X_　is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)　___　is missing certificate showing current balance in prison account
(5)　_X_　is missing authorization to calculate and disburse filing fee payments
(6)　___　is missing an original signature by the prisoner
(7)　_X_　other:  the § 1915 motion and affidavit and certified copy of Plaintiff's trust fund account statement is not necessary if the $400.00 filing fee is paid in full

**Complaint, Petition or Application**:
(8)　___　is not submitted
(9)　_X_　is not on proper form (must use the Court's current form)
(10)　___　is missing an original signature by the prisoner
(11)　___　is missing page nos. ___
(12)　___　uses et al. instead of listing all parties in caption
(13)　___　names in caption do not match names in text
(14)　___　other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the Court-approved Prisoner Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED: May 20, 2014, at Denver, Colorado.

                                          BY THE COURT:

                                          s/Boyd N. Boland
                                          United States Magistrate Judge